Martin W. Aron (MA 2008)
Scott H. Casher (SC 7903)
Edwards Angell Palmer & Dodge LLP
Attorneys for Defendant
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

08 CV 4072

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBIN WINSTON,

    Plaintiff,

v.

VERIZON SERVICES CORP.

    Defendant.

No. 08 Civ.

RULE 7.1 STATEMENT

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Verizon Services Corp. certifies that Verizon Services Corp. is a wholly owned subsidiary of Verizon Communications Inc., and Verizon Communications Inc.'s stock is publicly traded.

Dated: April 30, 2008

*S Cash*

Martin W. Aron (MA 2008)
Scott H. Casher (SC 7903)
Edwards Angell Palmer & Dodge LLP
Attorneys for Defendant
750 Lexington Avenue
New York, New York 10022
Tel: (212) 308-4411
Email: SCasher@eapdlaw.com

NYC 299319.1