Martin W. Aron (MA 2008)
Scott H. Casher (SC 7903)
Edwards Angell Palmer & Dodge LLP
Attorneys for Defendant
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBIN WINSTON,  08 cv 4072

           Plaintiff,

    v.  **CERTIFICATE OF SERVICE**

VERIZON SERVICES CORP.,

           Defendant.

---

    I certify that I caused a copy of the foregoing Civil Cover Sheet, Notice of Removal, 7.1 Statement, Individual Rules for Judge Castel and Magistrate Judge Pittman, and ECF Rules for the USDC Southern District of New York to be mailed this 30th day of April 2008, via U.S. mail, first class, postage prepaid to:

> Nils C. Shillito, Esq.
> Stephen D. Hans & Associates, P.C.
> Attorneys for Plaintiff
> 45-18 Court Square, Suite 403
> Long Island City, NY 11101

                                             */s/ S. Casher*
                                            Scott H. Casher (SC 7903)

NYC 299537.1